■ TARGET MACHINE, INC., et al., Appellants, v ADVANCED D.C. MOTORS, INC., Respondent. (Appeal No. 1.) [815 NYS2d 853]—Appeal from an order of the Supreme Court, Onondaga County

(Thomas J. Murphy, J.), entered March 31, 2005 in a breach of contract action. The order granted defendant's motion to dismiss the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Smith, JJ.